UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**FRANK LEROY HERSHA, JR.**,

Petitioner,

v.

**MARK JONES** and **KRISTIN WINGES-YANEZ**,

Respondents.

Civil Case No. 6:12-CV-02279-KI

JUDGMENT

Thomas J. Hester
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

Ellen F. Rosenblum
Attorney General

Page 1 - JUDGMENT

Kristen E. Boyd
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

      Attorneys for Respondent

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that petitioner's amended habeas corpus petition [7] is DENIED.  This proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

      Dated this ___28th___ day of January, 2015.

                                            /s/ Garr M. King
                                            Garr M. King
                                            United States District Judge